*E-Filed 5/16/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZACHARY MORENO, | No. C 11-1716 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff was granted 30 days (1) to file a complete application to proceed *in forma pauperis* ("IFP"), or (2) to pay the filing fee of $350.00, or, failing completion of either, face dismissal of the action. Plaintiff was also instructed to file a complaint within such time. More than 30 days have passed, and plaintiff has not filed an IFP application or paid the filing fee, nor has he filed a complaint. Accordingly, the action is DISMISSED without prejudice as to plaintiff filing (1) a complaint, *and* (2) a complete IFP application, or paying the filing fee. The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED**.

DATED: May 16, 2011

RICHARD SEEBORG
United States District Judge

No. C 11-1716 RS (PR)
ORDER OF DISMISSAL